PD-0712-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/10/2015 9:37:59 AM
Accepted 6/11/2015 3:18:57 PM
ABEL ACOSTA
CLERK

**NO. _____**

# IN THE COURT OF CRIMINAL APPEALS

## OF TEXAS

_____

### DYLAN JEZREEL GARCIA

APPELLANT

#### VS.

### THE STATE OF TEXAS

APPELLEE

_____

**On Petition For Discretionary Review from
The Fourteenth Court of Appeals
In No. 14-14-00387-CR Affirming
The 300th Criminal District Court of
Brazoria County, Texas, Cause No. 68303,
Honorable K. Randall Hufstetler, Judge Presiding**

**APPELLANT'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

FILED IN
COURT OF CRIMINAL APPEALS

June 11, 2015

ABEL ACOSTA, CLERK

Crespin Michael Linton
440 Louisiana, Suite 900
Houston, Texas 77002
Texas Bar No. 12392850
(713) 236-1319
(713) 236-1242 (Fax)
crespin@hal-pc.org

# APPELLANT'S MOTION FOR EXTENSION OF TIME

# TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

Comes now Dylan Jezreel Garcia, Appellant, and files this motion for an extension of 60 days in which to file Appellant's Petition For Discretionary Review.  In support of this motion, Appellant shows the court the following:

1.

On May 12, 2015, the Fourteenth Court of Appeals affirmed Appellant's convictions for Intoxication Manslaughter and Felony Driving While Intoxicated in a memorandum opinion.

2.

The deadline for filing the Appellant's Petition For Discretionary Review is June 11, 2015.  A period of 15 days from that date has not elapsed before the filing of this motion.  The Appellant has not requested an extension prior to this request.

3.

Appellant requests an extension of time to file Appellant's Brief because Appellant's counsel had to prepare for a jury trial to the court in the assault case of **State vs. Larry Martinets** in Brazoria County Court At Law No. 4 in Cause No. 208501 set on June 8, 2015.  In addition, counsel is also preparing Appellant's Brief in the cases of **Carter v. State**, Case No. 14-15-00051-CR.

Wherefore, Appellant prays the court grant this motion and extend the deadline for filing Appellant's Petition For Discretionary Review to July 17, 2015.

Respectfully submitted,


__/s/  Crespin Michael Linton__
Crespin Michael Linton
440 Louisiana, Suite 900
Houston, Texas  77002
Texas Bar No.  12392850
(713) 236-1319
(713) 236-1242  (Fax)

1

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 10th day of June 2015, a true and correct copy of the Appellant's Motion For Extension Of Time To File Appellant's Petition For Discretionary Review was delivered to the Assistant District Attorney of Brazoria County, Texas by email at treyp@brazoria-county.com and the State Prosecuting Attorney, P.O. Box 12405 Austin, Texas 78711 at information@spa.texas.gov


    /s/  Crespin Michael Linton
    Crespin Michael Linton


## ORDER


On this the _____ day of _____, 2015, came to be heard Appellant's Motion For Extension Of Time To File Petition For Discretionary Review, and it appears to the Court that this motion should be:


GRANTED                      DENIED


IT IS THEREFORE ORDERED that the time for filing Appellant's Petition For Discretionary Review be extended to _____, 2015.


_____
JUSTICE PRESIDING